COMMONWEALTH of Pennsylvania,
OFFICE OF ADMINISTRATION,

v.

PENNSYLVANIA LABOR RELATIONS BOARD (Pennsylvania State Corrections Officers Association)

Petition of Pennsylvania Labor
Relations Board.

Supreme Court of Pennsylvania.

July 10, 2007.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Commonwealth Court is **REVERSED** and the matter is remanded for proceedings consistent with this opinion. *Commonwealth of Pennsylvania, Office of Administration v. Pennsylvania Labor Relations Board and Pennsylvania State Corrections Officers Association,* 591 Pa. 176, 916 A.2d 541 (2007).